Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Jala Taylor | ) <br> ) Case No: 7:21-CR-00048-016 <br> ) <br> ) USM No: 67928-509 <br> ) |
| Date of Original Judgment: 01/27/2023 <br> Date of Previous Amended Judgment: N/A <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Jenifer E. Cummings <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines,* and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___24___ months **is reduced to** ___Time Served___.

Jala Taylor was originally sentenced on January 26, 2023, to a term of 24 months imprisonment and a three-year term of supervised release, for the offense of Distribution of Methamphetamine. Her total offense level was determined to be 17 with a criminal history category I, which yielded an advisory sentencing range of 24 to 30 months. The Court also imposed a $100 mandatory assessment.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction would result in a total offense level 15 with a criminal history category I, which yields an advisory sentencing range of 18 to 24 months.

The government agrees that the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the new imprisonment sentence imposed would be reduced by 6 months. This would result in a sentence of Time Served with a release date of February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated ___01/27/2023___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/12/2024

Judge's signature

Effective Date: February 1, 2024
*(if different from order date)*

W. Louis Sands, Senior U.S. District Judge
*Printed name and title*